USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G.,<br><br>                     Plaintiff,<br><br>          -against-<br><br>BOY SCOUTS OF AMERICA, and GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA,<br><br>                     Defendants. | 1:20-cv-01478-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

On April 1, 2020, Defendant filed a Notice of Entry of Consent Order immediately staying any further proceedings in this action as against Defendant Greater New York Councils, Boy Scouts of America.  [ECF No. 8].  On February 18, 2020, Defendant filed for chapter 11 bankruptcy before the United States Bankruptcy Court for the District of Delaware under case number 20-10343.  [ECF No. 8].

Accordingly, IT IS HEREBY ORDERED that this matter is automatically stayed pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. § 362, by reason of the filing of the bankruptcy petition in the United States Bankruptcy Court for the District of Delaware under case number 20-10343.

**SO ORDERED.**

**Date:  June 22, 2022**
**          New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**